IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMANUEL GONZALEZ PEREZ, | ) | |
| | ) | Case No. 3:25-cv-00475 |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Kezia O. L. Taylor |
| | ) | |
| LEONARD ODDO, et al. | ) | |
| | ) | |
| *Respondents*. | ) | |

## ORDER

**AND NOW** this 8th day of January, 2026, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus, ECF No. 1, is **GRANTED** to the extent that it seeks an individualized bond hearing before an immigration judge, and, in light of this relief, the Motion for Temporary Restraining Order, ECF No. 6, is moot.

2. The Government is directed to provide Petitioner with the statutory process required under 8 U.S.C. § 1226, which includes a bond hearing.

3. The Government shall arrange for an individualized bond hearing to be conducted by an immigration judge by January 18, 2026.

4. If Petitioner is not provided with a bond hearing by January 18, 2026, or if the immigration judge declines to conduct a bond hearing based on Hurtado, Respondents shall immediately release Petitioner from custody.

5. The parties shall provide notice to the Court of the outcome of the individualized bond hearing within seven days of the date of the immigration judge's decision.

6. With no further action required by the Court at this time, the Clerk of Court shall mark this matter closed.

<u>/s/ Kezia O. L. Taylor</u>
Kezia O. L. Taylor
United States Magistrate Judge

Cc: Counsel of record
(Via CM/ECF electronic mail)